## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW L. WALTERS, SR.,

                                       JUDGMENT IN A CIVIL CASE

        Plaintiff,

                                       16-cv-665-bbc

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS, DODGE CORRECTIONAL
INSTITUTION CRU, FOX LAKE
CORRECTIONAL INSTITUTION
RECORDS, DCI CRU CUSTODIANS,
JULIE DAHN and  SARAH FELTES,

        Defendants.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.


| /s/ | 4/2/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |